# TRANSCRIPT ORDER

**District Court:** Eastern District of Texas

**District Court Docket Number:** 1:04CR7

**Short Case Title:** US v. Thomas

**Court Reporter:** C. Nickham

**Date Notice of Appeal Filed by Clerk of District Court:** 12-15-04

**Court of Appeals #:** 04-41742

*Stamp: RECEIVED MAR 21 2005 CLERK U.S. DISTRICT COURT EASTERN DIST. OF TEXAS BEAUMONT, TEXAS*

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: *(check appropriate box)*
   Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
   Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
   Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 8-2-04 | suppression | Judge Clark |
| 5-3-04 | trial | Judge Clark |
| 12-6-04 | sentencing | Judge Clark |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other

**Signature:** *[signature: Bernard J. Shealy]*

**Date Transcript Ordered:** 3-18-05

**Print Name:** Bernard Shealy

**Counsel for:** Thomas

**Address:** 110 N. College, Suite 122, Tyler, Texas

**Telephone:** 903-531-9233

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on ___
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* ___

___ Date     Signature of Court Reporter     Telephone

**Address of Court Reporter:** ___

* *Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

___ Actual Number of Pages     ___ Actual Number of Volumes

___ Date     Signature of Court Reporter

DKT-13 (5/96)

# OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF TEXAS
110 NORTH COLLEGE, SUITE 1122
TYLER, TEXAS 75702

G. PATRICK BLACK
FEDERAL DEFENDER

(903) 531-9233
FAX: (903) 531-9625

March 18, 2005

Chris Bickham
Court Reporter
300 Willow, Suite 221
Beaumont, Texas 77704

Re:   United States v. Thomas
      Cause Number: 1:04CR7

Enclosed is the transcript order for the following hearings in the above-referenced case:

   1.   8/2/2004      Suppression hearing
   2.   8/5/2004      Trial
   3.   12/6/2004     Sentencing

Thank you for your attention in this matter.

                                    Sincerely,

                                    Kristi Wilmoth
                                    Legal Secretary

Enclosures

cc:   Fifth Circuit Clerk
      District Clerk
      AUSA